Reade, J.
 

 The devise to Elizabeth Hester for life remainder to such of her children as should be living at her death, did not vest any estate in the plaintiffs (her daughters) during her life, because it was uncertain whether they or either of them would survive her. Their interest was contingent, and was not, and could not have been, reduced into possession by their husbands in the life-time of their mother. Therefore, at the time when their husbands attempted to convey the lands to Parish, they had nothing to convey, and
 
 *332
 
 their deed conveyed nothing.
 
 Arrington
 
 v. Yarbrough, 1 Jon. Eq., 72.
 

 The plaintiffs have the right to elect to take the land instead of the proceeds of sale.
 

 The demurrer must be overruled with costs.
 

 Per Curiam.
 

 Decree accordingly